ACCEPTED
12-14-00288-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
8/25/2015 10:43:49 AM
CATHY LUSK
CLERK

No. 12-14-00288-CV

In the Twelfth Court of Appeals
Tyler, Texas

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
8/25/2015 10:43:49 AM
CATHY S. LUSK
Clerk

**J. MARK SWINNEA**
*Appellant*

**v.**

**ERI CONSULTING ENGINEERS, INC.
AND LARRY SNODGRASS**
*Appellees*

Appealed from the 114th Judicial District Court
Smith County, Texas

**UNOPPOSED MOTION TO EXTEND
TIME TO FILE REPLY BRIEF**

Greg Smith
Texas Bar No. 18600600
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, Texas 75702
Telephone:  903-597-3301
Facsimile:    903-597-2413
gsmith@rameyflock.com

**ATTORNEY FOR APPELLANT**

**TO THE HONORABLE COURT OF APPEALS:**

Appellant, J. Mark Swinnea, asks the Court to extend the time for filing his reply brief by 30 days, to and including Friday, September 25, 2015.

**1.**
**Information Required by Rule 10.5,**
**Tex. R. App. P.**

The following information supports this request.

(i)     The reply brief is currently due to be filed August 26, 2015.

(ii)    Swinnea requests that the reply-brief deadline be extended by 30 days to and including Friday, September 25, 2015.

(iii)   This is Swinnea's first request to extend this deadline.

**2.**
**Facts Explaining the Need to**
**Extend the Briefing Deadline**

Counsel is unable to complete the reply brief and secure the necessary client review and approval by the current deadline. Besides work on this brief, Greg Smith, lead counsel on appeal, has been and will be required to divide his available briefing time among the following matters:

(i)     a prepaid vacation, from August 1 through August 13, 2015;

(ii)    No. 12-15-00105-CV; *Consolidated Property Interests, LLC vs. Jerry Payne and Penny Payne*, In the Twelfth Court of Appeals, Tyler, Texas (*appellant's brief);*

(iii)   No. 14-15-00354-CV, *Petrofac Facilities Management International Limited and Petrofac Brownfield, Ltd. vs. IMMI Turbines, Inc.*, In the Fourteenth Court of Appeals, Houston, Texas (*interlocutory appeal*); and

(iv)   No. 14-0135, *Margaret Taylor Riess and Barrett Riess vs. PetroReal, Inc., James E. Hightower, and Lynn Bryant*, In the 3rd District Court of Houston County, Texas (*summary-judgment and Daubert/Robinson filings*).

**3.**

This motion is not sought solely for delay, but in the interest of justice and to ensure the reply brief sufficiently aids the Court's decisional process.

**4.**
**Conference with Opposing Counsel**

Deborah Race, appellate counsel for Appellees, states that the relief requested in this motion is unopposed.

**5.**
**Conclusion and Prayer**

Appellant, J. Mark Swinnea, prays that the Court would extend the time for filing his reply brief by 30 days to and including Friday, September 25, 2015.

Respectfully submitted,

_____/s/ Greg Smith_____

Greg Smith
State Bar No. 18600600
RAMEY & FLOCK, P.C.
100 East Ferguson, Suite 500
Tyler, TX 75702
Telephone: (903) 597-3301
Facsimile: (903) 597-2413
gsmith@rameyflock.com
**COUNSEL FOR APPELLANT,
J. MARK SWINNEA**

## Certificate of Service

The undersigned certifies that a copy of the above and foregoing document was served upon counsel for Appellees in accordance with the applicable Texas Rules of Civil Procedure on this the 25th day of August, 2015, on the following:

**Via email drace@icklaw.com**
Deborah Race
Ireland, Carroll & Kelley, P.C.
6101 S. Broadway, Suite 500
Tyler, TX  75703

**Via email mahatchell@lockelord.com**
Mike A. Hatchell
Locke Lord, LLP
100 Congress Avenue, Suite 300
Austin, TX  78701

**Via email randerson@gillenanderson.com**
Roger W. Anderson
Gillen & Anderson
613 Shelley Park Plaza
Tyler, TX  75701

　　　　　　　　　　　　　　　　　　/s/ Greg Smith
　　　　　　　　　　　　　　　　　　Greg Smith